UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
BARBARA SROZENSKI,                                    Docket No.:

                Plaintiff,                      **RULE 7.1 DISCLOSURE**

    -against-

THE HOME DEPOT USA, INC.,

                Defendant.

-----------------------------------------------------------------X

       Pursuant to the Federal Rules of Civil Procedure Rule 7.1, Home Depot U. S. A., Inc. states that it is a direct, wholly-owned subsidiary of The Home Depot Inc. and The Home Depot, Inc., owns 100% of the capital stock of Home Depot U.S.A., Inc. Based solely on a review of filings made with the Securities and Exchange Commission, no publicly-held corporation owns 10% or more of the capital stock of The Home Depot, Inc. or Home Depot U.S.A., Inc.. The Home Depot, Inc. and Home Depot U.S.A., Inc have a number of wholly-owned and indirectly owned subsidiaries, but none of those subsidiaries have publicly issued shares.

Dated: New York, New York
       April 29, 2016

                                             LEWIS BRISBOIS BISGAARD & SMITH, LLP

                                   By:_____
                                      David M. Pollack (DP 6143)
                                      Michael N. Giacopelli (MG 4170)
                                      *Attorney for Defendant*
                                      77 Water Street, 21st floor
                                      New York, New York 10038
                                      212.232.1300

TO:

Lisa B. D'Alessio, Esq.
Law Offices of Edmond J. Pryor
292 City Island Avenue
Bronx, New York 10464
718.829.0222
*Attorneys for Plaintiff*
*BARBARA SROZENSKI*

4824-9527-7872.1

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that he caused the ***PETITION FOR REMOVAL OF ACTION UNDER 28 U.S.C. §1446(a) DIVERSITY and RULE 7.1 DISCLOSURE*** to be served on Friday, April 29, 2016 via CM/ECF upon the attorneys of record for all parties.

LEWIS BRISBOIS BISGAARD & SMITH LLP

**By:** /s/ Michael N. Giacopelli

Attorneys for Defendant
*HOME DEPOT U.S.A., INC.*
77 Water Street – Suite 2100
New York, New York 10005
Telephone: (212) 232-1300
Facsimile: (212) 232-1399
mgiacopelli@lbbslaw.com

4824-9527-7872.1